IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

```
GRACE DONALDSON,                  )
                                  )
     Plaintiff,                   )
                                  )     CIVIL ACTION NO.
     v.                           )       3:14cv644-MHT
                                  )           (WO)
MARATHON PETROLEUM COMPANY,       )
LP, a Foreign Limited             )
Partnership; FILL-UP and          )
GO, INC., a Domestic              )
Corporation; and JAMES H.         )
HURSTON and DORIS T.              )
HURSTON, Individuals,             )
                                  )
     Defendants.                  )
```

JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that plaintiff Grace Donaldson's motion to dismiss (doc. No. 17) is granted and that defendant Marathon Petroleum Company, LP is dismissed without prejudice, with costs taxed as paid.  Defendant Marathon Petroleum Company, LP, is terminated as a party.

**The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.**

**This case is not closed.**

**DONE, this the 2nd day of September, 2014.**

　　　　　　　　　　　　　　　　 **/s/ Myron H. Thompson**
　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**